Norbert FLANDERS, (Appellant) as father and survivor of Charles Robert Flanders, deceased v. TOWN OF PROCTOR, Proctor School District, Town of Proctor School Directors, Town of Chittenden, Rutland Central Supervisory Union, No. 150-76

January 7, 1977. There being no timely notice of appeal from the judgment order sought to be appealed from, the appeal is dismissed.

Barbara F. O'CONNOR v. Paul L. O'CONNOR, No. 175-76

January 7, 1977. Appellant has until February 1, 1977, to obtain other counsel, and to order transcript or provide a certificate that no transcript is necessary, V.R.A.P. 10(b)(1); otherwise, the motion to dismiss will be granted. V.R.A.P. 12(c).

STATE of Vermont v. Mark Edward KEARNEY, No. 101-76

January 14, 1977. Appeal dismissed for failure to comply with progress order of October 22, 1976.

Richard F. HOLBROOK v. DEPARTMENT OF EMPLOY-MENT SECURITY, No. 307-75

January 24, 1977. Appeal dismissed for lack of compliance with progress order of November 8, 1976.

Martha P. FLYNN v. Richard F. FLYNN, No. 26-76

January 26, 1977. Appeal dismissed for failure to comply with Progress Order of October 5, 1976.

Lawrence M. BOHEN v. Geraldine A. BOHEN, Raymond W. Williams, and Albert L. Williams, No. 161-76

January 26, 1977. Appeal dismissed for lack of compliance with transcript order of December 7, 1976.